1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD, an individual, | Case No. 8:20-cv-01391-JLS-KES |
|---|---|
| Plaintiff, | **ORDER DISMISSAL WITH PREJUDICE** |
| v. | |
| WESTHAVEN CENTER, LLC, a California limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Westhaven Center, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 10, 2020

JOSEPHINE L. STATON
_____
UNITED STATES DISTRICT JUDGE